**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**RICHARD TURNER, A/K/A RICHARD LINYARD,**<br><br>　　　　**Defendant.** | Case No.: 13-CR-00103 YGR<br><br>**DETENTION ORDER** |

For the reasons stated on the record, pursuant to the Bail Reform Act, 18 U.S.C. § 3142, the Court **ORDERS** that Mr. Turner be **DETAINED**.

Mr. Turner shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**
Date: April 12, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**